FILED BY ___ D.C.

05 MAY 25 PH 4:06

ROBERT R. DI TROLIO

W.D. OF TN, MEMPHIS

FILED BY ___ D.C.

05 MAY 24 PM 1:52

Robert R Di Trolio
CLERK U.S. DIST. CT.
W.D. OF TN MEMPHIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
           Plaintiff, )
)
vs. )       Cr. No.  04-20156-MI
)
FLYOD JOHNSON, )       MOTION GRANTED
)       SENTENCING RESET
)       To Wednesday, June
           Defendant. )       1, 2005 @ 2:30PM

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

MAY 25, 2005
DATE

## JOINT MOTION TO CONTINUE

Comes now the United States of America by and through its counsel, Terrell L.

Harris, United States Attorney for the Western District of Tennessee, and files its Joint

Motion to Continuance the sentencing hearing from the present setting of May 26, 2005.

A continuance is needed due to the fact that counsel for the government will be out of

town.  Additional time is also needed to address the issues set forth in the Presentence

Report.  Counsel for the defendant has been contacted and has no objection to this

motion.  Counsel for the defendant has authorized the undersigned to style this motion as

a Joint Motion to Continue.

                              Respectfully submitted,

                              TERRELL L. HARRIS
                              United States Attorney

                    By:    _Rue Oliver_
                              V. RAE OLIVER
                              Assistant United States Attorney
                              167 N. Main, Room 800
                              Memphis, TN  38103
                              (#18831 Tennessee)

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _5-26-05_



## CERTIFICATE OF SERVICE

I, V. Rae Oliver, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion to Continue Sentencing Date has been mailed, first class postage pre-paid, to Marty B. McAfee, 246 Adams Avenue,  Memphis, Tennessee 38103

This 27d day of May, 2005.

_____
V. RAE OLIVER
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CR-20156 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT